IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN WALSBERG,

    Plaintiff,

v.                                            CASE NO. 5:11-cv-00006-RS-GRJ

FLORIDA DEPT OF CORRECTIONS,
et al,

    Defendants.

_____/

## O R D E R

Pending before the Court is Plaintiff's Amended Motion for Leave to Proceed in Forma Pauperis. (Doc. 7.) While Plaintiff has filed a "Prisoner Consent Form And Financial Affidavit," as previously directed by the Court, the form has not been certified and signed by an authorized prison official from the institution, as required. The Court will not review the First Amended Complaint (Doc. 6) and this cause will not proceed until all inmate account information, including the signed consent form, is filed and an initial filing fee is assessed.

Accordingly, it is **ORDERED:**

1. The Court will reserve its ruling on the Amended Motion for Leave to Proceed until the Inmate Consent Form is signed, completed and returned.

2. The Clerk shall mail to Plaintiff a blank Inmate Consent Form. Plaintiff shall complete the form, have it signed by a prison official, and file the form no later than **February 28, 2011.**

3. Failure to comply with this Order within the time allotted will result in a

recommendation to the district judge that this cause be dismissed for failure to prosecute.

**DONE AND ORDERED** this 14th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge