IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN WALSBERG,

    Plaintiff,

vs.                                              CASE NO. 5:11cv06/RS-GRJ

FLORIDA DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Amended Complaint (Doc. 6) is dismissed pursuant to 28 U.S.C. §1915 (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted and for failure to exhaust available administrative remedies.

3. Plaintiff's Amended Motion To Proceed In Forma Pauperis (Doc. 7) is denied.

4. The clerk is directed to close the file.

**ORDERED** on June 13, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**